UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 16-657-DMG-KK** | Date: | May 30, 2017 |
| Title: | *Agustin Carrera, et al. v. Pacific Gas and Electric Company PG and E, et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(In Chambers) Denying Plaintiffs' Request to Schedule Jury Trial [Dkt. 103]**

The Court is in receipt of Plaintiffs' Request to Schedule Jury Trial. ECF Docket No. ("Dkt.") 103. Plaintiffs are advised the matter will be set for jury trial after the Court rules on any Motions for Summary Judgment or Summary Adjudication. Hence, Plaintiffs' Request is DENIED as MOOT.

**IT IS SO ORDERED.**